■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY GALVIN, Appellant.—Judgment unanimously affirmed. Memorandum: Defendant's contention that the proof was legally insufficient to support the conviction is without merit *(see, People v Bleakley,* 69 NY2d 490, 495). The court properly denied his request to charge criminal facilitation as a lesser

included offense of accomplice liability pursuant to Penal Law § 20.00 *(see, People v Sturgis,* 112 AD2d 757, 758, *lv denied* 68 NY2d 817; *People v Chavis,* 99 AD2d 584, 585-586, *lv denied* 62 NY2d 981).* (Appeal from Judgment of Wayne County Court, Strobridge, J.—Murder, 2nd Degree.) Present—Boomer, J. P., Pine, Lawton, Boehm and Fallon, JJ.